## MANNING v. TRIPP

No. 9A92

Case below: 104 N.C.App. 601

Petition by Nationwide for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 24 January 1992.

## PRIVETTE v. MERRITT

No. 551P91

Case below: 104 N.C.App. 556

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 January 1992.

## ROUSE v. PITT COUNTY MEMORIAL HOSPITAL

No. 543P91

Case below: 104 N.C.App. 554

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 January 1992.

## STATE v. ANEMONT

No. 537P91

Case below: 104 N.C.App. 556

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 January 1992.

## STATE v. FORBES

No. 549P91

Case below: 104 N.C.App. 507

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 24 January 1992.